PROB 12A
4/01

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

FILED
DEC 2 7 2006
IN THIS OFFICE
Clerk, U. S. District Court
Greensboro, N. C.
By _____

### Report of Offender Under Supervision

Name of Offender: LACHLIN IAN MCINTOSH        Case Number: 1:98CR373-1,
                                                            1:98CR374-1,
                                                            1:98CR375-1 (MD/NC)

Name of Sentencing Judicial Officer: The Honorable James A. Beaty, Jr.

Date of Original Sentence: March 30, 1999

Original Offense: Bank Robbery in violation of 18 U.S.C. § 2113(a).

Original Sentence: 55 months custody of the Bureau of Prisons in each count to run concurrently. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years in each count to run concurrently. Pay $300.00 special assessment fee.

Type of Supervision: Supervised Release        Date Supervision Commenced: March 2, 2004
                                                Date Supervision Expires: March 1, 2007

Assistant U.S. Attorney: L. Patrick Auld                    Defense Attorney: Bryan E. Gates

---

## COMPLIANCE SUMMARY

Mr. McIntosh was ordered to pay restitution in the amount of $8,677.00, along with a $300.00 special assessment, at the rate of $150.00 per month, to begin 60 days after the commencement of his supervision. He presently has an outstanding principal balance of $3,092.00, with accrued interest of $2,805.85 for a total of $5,897.85.

U. S. Probation Officer Action:

Mr. McIntosh's adjustment to supervision has been satisfactory since his release.

Mr. McIntosh has maintained full time employment and has paid his restitution on a regular basis. Mr. McIntosh is being supervised by the Northern District of Mississippi.

Due to the significant amount owed by Mr. McIntosh, he will be unable to complete payment of the Court-ordered obligation in full prior to the scheduled expiration of his sentence. Mr. McIntosh is aware of his commitment to continue to make payments on his restitution balance after the expiration of his supervision term on March 1, 2007.

### RECOMMENDATION

It is the recommendation of the United States Probation Office for the Northern District of Mississippi that Mr. McIntosh's supervision be allowed to expire with an outstanding restitution balance and his interest that will accrue after expiration of his supervision be waived by the Court. The United States Probation Office for the Middle District of North Carolina concurs with this recommendation. The United States

Re: LACHLIN IAN MCINTOSH                                                                                   PAGE 2

Attorney for the Middle District of North Carolina does not object to this recommendation.

                         Respectfully submitted.

                         Dale R. Cauble
                         Supervising U. S. Probation Officer

Approved by:

12-18 06                                     12-18-06
Lisa P. Palombo                             Date
Deputy Chief U.S. Probation Officer

---

[✓]   The Court Adopts the Recommendation(s) of the Probation Officer
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision
[ ]   Other

                         Signature of Judicial Officer

                         December 21, 2006
                         Date

# UNITED STATES DISTRICT COURT
## for the Middle District of North Carolina

## NOTICE OF PROPOSED PETITION FOR RELIEF

TO: The Honorable Anna Mills Wagoner
U. S. Attorney for the Middle District of North Carolina

ATTENTION: L. Patrick Auld

RE: <u>LACHLIN IAN MCINTOSH</u>  <u>1:98CR373-1, 1:98CR374-1, 1:98CR375-1</u>
Defendant  Docket No.

Under the amended version of the Federal Rules of Criminal Procedure Rule 32.1(b), the U. S. Probation Office is required to notify the attorney for the government when proposing a modification of probation which is favorable to a probationer. Accordingly, you are advised of the following:

**Proposed Action:**

Allow supervised release term to expire with an outstanding restitution balance owed. Request that the Court waive the interest that will accrue after expiration of sentence.

**Basis for Recommendation:**

On March 30, 1999, Lachlin McIntosh was sentenced by the Honorable James A. Beaty, Jr., United States District Judge, to fifty-five (55) months imprisonment with a term of three (3) years supervised release to follow subsequent to his conviction for Bank Robbery. Mr. McIntosh was ordered to pay restitution in the amount of $8,677.00, along with a $300.00 special assessment. Since his date of release on March 2, 2004, he has maintained full time employment and has paid his restitution on a regular basis. Mr. McIntosh is being supervised by the Northern District of Mississippi. He presently has an outstanding principal balance of $3,092.00, with accrued interest of $2,805.85 for a total of $5,897.85.

Due to the significant amount owed by Mr. McIntosh, he will be unable to complete payment of the Court-ordered obligation in full prior to the scheduled expiration of his sentence. Mr. McIntosh is aware of his commitment to continue to make payments on his restitution balance after the expiration of his supervision term on March 1, 2007.

It is the recommendation of the United States Probation Office for the Northern District of Mississippi that Mr. McIntosh's supervision be allowed to expire with an outstanding restitution balance and his interest that will accrue after expiration of his supervision be waived by the Court. The United States Probation Office for the Middle District of North Carolina concurs with this recommendation.

_12.4.06_
(Date)

Dale R. Cauble
Supervising U. S. Probation Officer

You are requested to notify the Probation Officer within five working days if the government objects to the proposed action.

___12-5-06___  
(Date)

_____Lisa P. Palombo_____  
Lisa P. Palombo  
Deputy Chief U.S. Probation Officer

---

The government ☑ Does not object to the proposed action.  
☐ Does object to the proposed action for the following reason(s):

___12/06/06___  
(Date)

_____  
(Attorney for the Government)